Case 4:26-cv-01074   Document 10   Filed 02/24/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YANKIEL PACHECO LARA, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-01074 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| KRISTI NOEM, *et al*, | § | |
| Respondents. | § | |

ORDER

Pending is a petition by Petitioner Yankiel Pacheco Lara for a writ of *habeas corpus*. Dkt 1.

Respondents were ordered to show cause with a filing establishing the propriety of his continued detention by February 19, 2026. Dkt 5.

No such filing has been made.

The petition for a writ of *habeas corpus* is thus GRANTED for failure to show cause. Dkt 1.

Respondents are ORDERED to release Petitioner by February 26, 2026, and to return him to the conditions of his preexisting order of supervision.

The parties are further ORDERED to update the Court on Petitioner's status no later than February 27, 2026.

SO ORDERED.

Signed on February 24, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge