United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| Yankiel Pacheco Lara,<br>Petitioner, | §<br>§<br>§<br>§ | Civil Action Number<br>4:26-cv-01074 |
| versus | §<br>§<br>§ | Judge Charles Eskridge |
| Kristi Noem, *et al*.<br>Respondents. | §<br>§<br>§ | |

## Order

Prior order granted the petition for writ of *habeas corpus* by Petitioner Yankiel Pacheco Lara and ordered Respondents to release him under the conditions of his prior order of supervision by February 26, 2026. Dkt 10.

Pending is an advisory by Respondents indicating that Petitioner was released from custody on February 25, 2026. Dkt 11.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on February 27, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge